UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,

                    Plaintiff,

          -against-

HARVEY WEINSTEIN,

                    Defendant.
------------------------------------------------------------ X

20-CV-6240

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has applied for leave to proceed under a pseudonym for purposes of this litigation;

WHEREAS Plaintiff seeks an order prohibiting Defendant and counsel for defendant from disclosing Plaintiff's true name and requiring that all publicly filed documents in this matter redact Plaintiff's true name and personally identifiable information; and

WHEREAS this matter has come to the undersigned as a Part I matter;

IT IS HEREBY ORDERED THAT Plaintiff's application is GRANTED for 14 days or until further order of the assigned district court judge, whichever comes earlier.  That is, between now and August 21, 2020, inclusive, Defendant and defense counsel may not disclose Plaintiff's identity, and all filings in this matter shall redact Plaintiff's personally identifiable information and use the Jane Doe pseudonym where applicable.

**SO ORDERED.**

Date:  August 7, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**, Part I