UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____8/21/2020____

JANE DOE, proceeding under a pseudonym,

Plaintiff,

-against-

HARVEY WEINSTEIN,

Defendant.

20-cv-6240 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff "Jane Doe" initiated this action by filing a complaint on August 7, 2020 [ECF #1 ("Cmpl.")]. She simultaneously moved *ex parte* for leave to proceed under a pseudonym, which the judge assigned to Part I granted for 14 days, or until further order of the assigned district judge [ECF #4]. That Order expires today, August 21, 2020. Before the Court is Plaintiff's renewed *ex parte* motion for leave to proceed under a pseudonym [ECF #6 ("Mem.")]. IT IS HEREBY ORDERED that Plaintiff's application is GRANTED for an additional 14 days only, or until further order of this Court. IT IS FURTHER ORDERED that, by August 24, 2020, Plaintiff shall serve copies of the Complaint and motion on the defendant. IT IS FURTHER ORDERED that, by August 28, 2020, the defendant shall respond to Plaintiff's motion.

**SO ORDERED.**

Date:  **August 21, 2020**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**