UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/13/2020
```

JANE DOE, proceeding under a pseudonym,

                  Plaintiff,

    -against-

HARVEY WEINSTEIN,

                  Defendant.

20-cv-6240 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       In an Opinion and Order dated September 3, 2020, the Court denied Plaintiff's motion to proceed under a pseudonym [ECF #12].  However, to date, Plaintiff has not filed the complaint in her own name.  Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file the complaint in her own name by November 16, 2020.  IT IS FURTHER ORDERED that Defendant shall respond to the complaint by November 30, 2020.  The parties are on notice that failure to comply with court orders may result in sanctions, including monetary sanctions, preclusion of claims and defense, and dismissal.

**SO ORDERED.**

Date:  November 13, 2020
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**