UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, proceeding under a pseudonym,<br><br>Plaintiff,<br><br>-against-<br><br>HARVEY WEINSTEIN,<br><br>Defendant. | Case No. 1:20-cv-06240 (MKV)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Jane Doe and her counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant Harvey Weinstein.

Dated: November 16, 2020

NORRIS McLAUGHLIN, P.A.

By: */s/ Steven J. Reed*
Steven J. Reed, Esq.
Sarah M. Bouskila, Esq.
7 Times Square, 21st Floor
New York, New York 10036
sjreed@norris-law.com
sbouskila@norris-law.com

-and-

BROZYNSKI & DALTON, P.C.

Bart Dalton, Esq. (*Pro Hac Vice*)
Texas State Bar No. 24043418
bart@bdlegalgroup.com
Katarzyna Brozynski, Esq. (*Pro Hac Vice*)
Texas State Bar No. 24036277
kasia@bdlegalgroup.com
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
(972) 371-0679
*Attorneys for Plaintiff, Jane Doe*